# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. BARLOW,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN RANDY GROUNDS,<br><br>          Respondent. | NO. CV 10-6891 JAK (FMO)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has conducted a <u>de novo</u> review of the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1.    Judgment shall be entered dismissing the action with prejudice.

2.    The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: June 1          , 2012.

                                               JOHN A. KRONSTADT<br>                                     UNITED STATES DISTRICT JUDGE