# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. BARLOW,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RANDY GROUNDS,<br><br>　　　　　Respondent. | NO. CV 10-6891 JAK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 1, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE