UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND A. BARLOW, | ) | NO. CV 10-6891 JAK (FMO) |
|           Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN RANDY GROUNDS, | ) | |
|           Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 1, 2012.

/s/ John A. Kronstadt
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE